RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUL 22 2026
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

__________ District of __________

__________ Division

Dean V Reich

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Aminata Johnson
Erica Johnson
at
Fulton County Superior Court Ga

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 1:26-CV-4124
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Dean V. Reich |
| Street Address | 7507 Roswell Rd PMB 1088 |
| City and County | Sandy Springs |
| State and Zip Code | Ga 30350 |
| Telephone Number | 404-519-1028 |
| E-mail Address | dreich61@yahoo.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Aminata Tyler |
| Job or Title *(if known)* | #LegalAssistant Fulton County Superior Court |
| Street Address | 136 Pryor St SW Suite C-640 |
| City and County | Atlanta Fulton |
| State and Zip Code | Georgia 30303 |
| Telephone Number | 404-612-4518 |
| E-mail Address *(if known)* | Unknown |

Defendant No. 2

| | |
|---|---|
| Name | Erica Johnson |
| Job or Title *(if known)* | LegalAssistant File Asistant Criminal Investigations |
| Street Address | 136 Pryor St SW Suite C-640 |
| City and County | Atlanta Fulton |
| State and Zip Code | Georgia 30303 |
| Telephone Number | 404-612-4518 |
| E-mail Address *(if known)* | Unknown |

Defendant No. 3

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

#InterstateParolee from #StateOfKentucky #FelonyMurderParolee #StateOfKansas #Harassment #DeathThreats #Stalking GeorgiaCode 16-5-90 A person commits the offense of stalking when he or she follows, places under surveillance, or contacts another person at or about a place or place Photos with #DekalbCountyIncidentReportsFiled 1/2023 -2026

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Unknown, is a citizen of the State of *(name)* ________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* ________, and has its principal place of business in the State of *(name)* ________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* Aminata Tyler, Erica Johnson, is a citizen of the State of *(name)* Illinois, illegally in the #StateOfGeorgia. Or is a citizen of *(foreign nation)* Africa.

b. If the defendant is a corporation

The defendant, *(name)* Illegal Enterprises, is incorporated under the laws of the State of *(name)* Georgia Interstate #Illinois #Wisonsin, and has its principal place of business in the State of *(name)* Illinois.

Or is incorporated under the laws of *(foreign nation)* Unknown,

and has its principal place of business in *(name)* Illinois.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

7/21/2026 2:29pm: For 4 Years, Aminata Tyler and Erica Johnson have been Stalking me since 2011, Azaleah Park Apts, Motive: Harassment, Illegal Surveillance, Identity Theft, Targeting Dean Reich -Victim of Harassment, Victim of Stalking, Victim of Death Threats, Victim of Gang Violence. Timeline of Harassment up to 10 years, stalking me at #PlacesOfEmployment,

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Back in 7/2022, I was involved in Rapid-Rehousing with PCCI ( Project Community Connections, Inc ) & The Veterans Admintration Rehosuing under #SSVF. I was placed at #RoswellStudio6 until i located Permanent Housing, They were stalking #DeanVReich claiming they weren't stalking him, "They were Following #DeanVReich around, Convicted Murderers & illegal immigrants Gangstalking Dean Reich until this very dat, 21st of July 2026. Family Gang Members associated with the #DeptOf Corrections and Mental Health Agencies who were given the #DeathPentalty up to #10Times

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Seeking Damages for PunitiveDamages, Emotional Duress, Mental Duress, Harassing me around the clock. 8 Seeking Compensation for #PersonalInjury, on 8/15/2024, gang stalking me for 2 nights trying to shoot me; Decatur, Ga, i injured my right knee, admitteed myself to Emory Hospital using Amulances, Incluing going to Piedmont Hospital to get my heart checked, they #Engineered to have me admitted to Lakeview Behavior health with Dr. Eric Stanshine #VA hospital - Seeking Advice on my situation, he Diagnosed Dean Reich as #Delusional, involved with these Individuals. 4 years of Mental, Emotional & Physical Duress, around the clock since 1/2023.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/21/2026

Signature of Plaintiff: Dean V Reich

Printed Name of Plaintiff: Dean Vann Reich

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

NORTHERN DISTRICT GEOGIA
FULTON COUNTY
(Court Level and Jurisdiction)

Dean V.Reich

Plaintiff

-vs-

Aminata Tyler, Erica Johnson

Defendant

______________________
(Case I.D. Number)

**AFFIDAVIT**

I, Dean V.Reich, of Decatur. Ga, in Dekalb COunty County, Georgia, MAKE OATH AND SAY THAT:

1. June 28,2026 3:10pm ------------------------------------------------------- * Back in 8/2018, I moved into Shephards Walk Apts after staying at #MustMinistries. Living in AptB5, they were there, they poisioned and Killed my cat Jake 11/2018. I moved out 11/2019. Went into a Rehousing on 3/2022 PCCI, Recevied assiatnce to stay at Chamblee Studio 6, they were there. 5/2022-7/2022, I Moved to Roswell Studio 6, They were there: #FamilyGangMembers serving #interstateFelonyParole #StateOfKansas Active. I being #GangStalked at #RoswellStudio6, i moved out 10/5/2022 renting a room a #886WashingtonStAtlantaGa30315. Living Next door at 886 Washibngton St SW Atlanta Ga were the same people, Bobby Ware, Robert Ware, Martha Ware, Stephany Ware, Cynthia Ware, Cynthia Heard, Tommy Ware, Erica Gibbons, Ciera Gibbons and Johnny Ware as the owner. They were Cyber stalking, Eavesdropping on my privacy, Aroounf the clock harassment including Electronic Assualts, Radiation, Xrays, Microwaves, Around the clock, everynight flashing me. including watching me take showers, Stealing my Identity, TargetingMY Father, Stanley S Reich Sr Identity who died 12/2017 #Cityof Cumming,Ga They Hacked his checking account information, Birth Certificates, Drivers License, DOB, Social Security Numbers, mine, his, and My Mother, #PatriciaReich who passed away 4/4/2001 City Of StAugustine, Ga. They stole her information, her medical history, bank account information, Property records spanning back 65 years, Her entire life was Hacked, From Birth to Death including me and my family. These individuals known as the defendants employees at Fulton County Superior Court, Family Division, Claratel Behavior Health with Geogia Dept of Community Supervision, Felony Supervisors sponsering the "Illegal Surveillance Operation" gang stalking with Children from Georiga Dept of jUvenile Justice and Piedmont Hospital just became members. Trying to stay 1 step ahead my lawsuit #retaliating against my lawsuit. Signed, Dean Reich June 28, 2026 3:29pm

multiple Death threats FOR 3 Years

STATE OF GEORGIA

COUNTY OF DeKalb

SUBSCRIBED AND SWORN TO BEFORE ME, on the 20th day of July, 2026.

Signature Puuspaa Ghimirey (Seal)

NOTARY PUBLIC

My Commission expires: 08-02-2027

PUSPA GHIMIRE
NOTARY PUBLIC
GEORGIA
COBB COUNTY
MY COMMISSION EXPIRES AUGUST 02, 2027

Dean V. Reich 7/20/2026

(Signature)

Dean V.Reich

©2002-2026 LawDepot.com®